UNITED STATES DISTRICT COURT
TEXAS SOUTHERN DISTRICT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HIGHRISE CONCRETE SYSTEMS, INC. | * * * | CIVIL ACTION NO. |
| VERSUS | * * | JUDGE: |
| ACE AMERICAN INSURANCE COMPANY | * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX OF MATTERS BEING FILED

Pursuant to this Court's Local Rule 81, Defendant ACE American Insurance Company provides this index of Matters Being Filed:

1. Defendant ACE American Insurance Company's Notice of Removal
2. Index of Matters Being Filed
3. Civil Cover Sheet
4. Citation for Personal Service-Highrise Concrete Systems, Inc., 08-29-07
5. Precept to Serve to Highrise Concrete Systems, Inc., 08-29-07
6. Citation for Personal Service to Commercial Metals Co., 11-07-07
7. Citation for Personal Service to CMC Steel Fabricators, Inc., 11-07-07
8. Citation for Personal Service-Engineering Consultants, 10-16-08
9. Citation for Personal Service for JMP & Associates, 10-07-08
10. Subpoena to Appear and Testify-Ruben Avendano, 01-30-09
11. Subpoena to Appear and Testify-Gilberto Nieto, 01-30-09
12. Subpoena to Appear and Testify-George Cruz, 01-30-09
13. Subpoena to Appear and Testify-Javier Almeda, 01-30-09
14. Subpoena to Appear and Testify-Ruben Avendano, 02-04-09

15. Subpoena to Appear and Testify-Gilberto Nieto, 02-04-09

16. Subpoena to Appear and Testify-George Cruz, 02-04-09

17. Subpoena to Appear and Testify-Javier Almeda, 02-04-09

18. Subpoena to Appear in Trial-Mr. John Johnson, 02-26-09

19. Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunction, 08-24-07

20. Personal Surety Bond and Affidavits (TRO), 08-28-07

21. Defendant's Original Answer and Jury Demand, 09-18-07

22. Defendant's Original Answer and Jury Demand, 09-19-07

23. Original Plea in Intervention, 10-02-07

24. Defendant's Original Answer and Jury Demand in Response to Original Plea in Intervention, 10-16-07

25. Defendant's First Amended Answer and Jury Demand, 10-16-07

26. Defendant's First Amended Original Answer and Jury Demand, 10-29-07

27. Defendant Highrise Concrete Systems, Inc.'s Original Third Party Petition, 11-05-07

28. Third-Party Defendant Commercial Metal Co.'s Answer to Defendant Highrise Concrete Systems, Inc.'s Original Third-Party Petition, 11-30-07

29. Third-Party Defendant Valley Steel Fabricators, Inc. d/b/a CMC Valley Steel's Answer to Defendant Highrise Concrete Systems, Inc.'s Original Third-Party Petition, 11-30-07

30. Plaintiff's Notice of Non-Suit without Prejudice against Defendant Highrise Concrete Systems, Inc., II, 01-23-08

31. Intervenor's Notice of Non-Suit without Prejudice as to Defendant Highrise Concrete Systems, Inc. II, 02-13-08

32. Defendant G.T. Leach Builders, L.L.C.'s Cross-Claim against Defendant Highrise Concrete Systems, Inc., 04-02-08

33. Third-Party Defendant CMC Steel Fabricators, Inc., d/b/a CMC Valley Steel's Amended Answer to Defendant Highrise Concrete Systems, Inc.'s Original Third-Party Petition, 04-16-08

34. Defendant's Original Answer and Jury Demand in Response to G. T. Leach Builders, LLC's Cross-Claim, 04-15-08

35. Plaintiff's First Amended Petition, 09-11-08

36. Defendant Highrise Concrete Systems, Inc.'s First Amended Original Third Party Petition, 09-15-08

37. Defendant Highrise's Original 3rd Party Petition Against JMP & Engineering Safety Consultants, 10-03-08

38. Original Answer of 3rd Party Defendant Engineering Safety Consultants, Inc., 10-24-08

39. Jury Demand (Engineering Safety Consultants, Inc.), 10-24-08

40. 3rd Party Defendant Engineering Safety Consultants, Inc.'s Original Answer to Defendant-3rd Party Plaintiff Highrise, 10-30-08

41. 3rd Party Defendant JMP & Associates, LLC's Original Answer & Affirmative Defenses, 11-04-08

42. 3rd Party Defendant JMP's Motion to Dismiss & in the Alternative Special Exceptions to Defendant-3rd Party Plaintiff Highrise's Original 3rd Party Petition, 12-11-08

43. Defendant Highrise's 1st Amended Original 3rd Party Petition against JMP & Engineering Safety Consultants, 01-07-09

44. Plaintiff's 1st Amended Petition, 01-08-09

45. Defendant Highrise's 2nd Amended Original 3rd Party Petition against JMP & Engineering Safety Consultants, 01-23-09

46. Defendant Highrise's 3rd Amended Original 3rd Party Petition Against JMP & Engineering Safety Consultants, 02-03-09

47. G.T.'s Cross-Claim Against CMC Valley Steel, Engineering Safety Consultants & JMP & Associates, LLC, 02-13-09

48. 3rd Party Defendant JMP & Associates, LLC's 1st Amended Original Answer & Affirmative Defenses, 02-27-09

49. Plaintiff's 2nd Amended Petition, 03-02-09

50. G.T.'s Motion for Leave to Designate Valley Placers & Mesa Imalat as a Responsible 3rd Party, 03-02-09

51. 1st Amended Plea in Intervention, 03-02-09

52. G.T.'s 3rd Party Petition to Mesa Imalat, 03-02-09

53. Defendant Highrise's Motion for Leave to Designate ESC & JMP as Responsible 3rd Parties, 03-02-09

54. Defendant Highrise's Motion for Leave to Designate CMC as Responsible 3rd Party, 03-02-09

55. Defendant Highrise's Motion for Leave to Designate Valley Placers as Responsible 3rd Party, 03-02-09

56. Defendant Highrise's Motion for Leave to Designate Mesa Imalat as Responsible 3rd Party, 03-02-09

57. G.T.'s Special Exceptions to Plaintiff's 1st Amended Petition, 03-02-09

58. G.T.'s Special Exceptions to Intervenor's 1st Amended Plea in Intervention, 03-04-09

59. Defendant's 2nd Amended Original Answer & Jury Demand, 03-05-09

60. 3rd Party Defendant Engineering's Joinder in G.T.'s Motion for Leave to Designate Valley Placers & Mesa Imalat as Responsible 3rd Parties, 03-06-09

61. 3rd Party Defendant Engineering's Joinder in Highrise's Motion for Leave to Designate 3rd Party Defendant Commercial & CMC Steel as Responsible 3rd Party, 03-11-09

62. G.T.'s 1st Amended 3rd Party Petition Against Mesa Imalat with Leave of Court, 03-17-09

63. Defendant JMP's Original Answer & Affirmative Defenses to Intervenor's 1st Amended Plea in Intervention, 03-20-09

64. Defendant JMP's Original Answer & Affirmative Defenses to Plaintiff's 2nd Amended Petition, 03-20-09

65. Defendant Engineering's Original Answer to Intervenor's 1st Amended Plea in Intervention, 03-24-09

66. Defendant Engineering's Original Answer to Plaintiff's 2nd Amended Petition, 03-24-09

67. Defendant Engineering's Original Answer to G.T.'s Cross-Claim, 03-24-09

68. Defendant Engineering's 1st Amended Original Answer to 3rd Party Plaintiff Highrise's 3rd Amended 3rd Party Petition, 03-24-09

69. G.T.'s 2nd Amended 3rd Party Petition Against Mesa Imalat Sanayii Ve Ticaret A.S. with Leave of Court, 03-24-09

70. Defendant G.T.'s Original Answer to Intervenor's 1st Amended Plea in Intervention, 03-31-09

71. Defendant G.T.'s Original Answer to Plaintiff's 1st Amended Petition, 03-31-09

72. Def Highrise's Cross-Claim Against JMP & Assoc., 04-01-09

73. Def G.T.' Motion to Join Def Highrise's Motion for Leave to Designate Valley Placers as a Responsible 3rd Party, 04-08-09

74. Def G.T.'s Motion to Join Def Highrise's Motion for Leave to Designate Engineering & JMP as Responsible 3rd Parties, 04-08-09

75. Def G.T. Motion to Join Def Highrise's & Engineer's Motion for Leave to Designate 3rd Party Def Commercial & CMC Steel as Responsible 3rd Parties, 04-08-09

76. 2nd Amended Plea in Intervention, 04-22-09

77. Plaintiff's 3rd Amended Petition, 05-01-09

78. Response to G.T.'s 2nd Amended 3rd Party Petition Against Mesa Imalat Sanayii Ve Ticaret A.S. with Leave of Court, 05-20-09

79. Intervenor's Notice of Non-Suit with Prejudice as to Claims Against JMP & Assoc., LLC Only, 07-17-09

80. Plaintiff's Notice of Non-Suit Against Def JMP, 07-29-09

81. Plaintiff's 4th Amended Petition, 08-11-09

82. Affidavit of Accurate Translation, 08-14-09

83. Plaintiff's 5th Amended Petition, 08-14-09

84. 3rd Amended Plea in Intervention, 08-21-09

85. Original Answer of Commercial Metals Co. & CMC Steel Fabricators, Inc., dba CMC Valley Steel to Plaintiff's 5th Amended Petition, 08-21-09

86. Def Engineering Safety Consultants, Inc.'s Original Cross Claim, 08-28-09

87. Def G.T.'s 1st Amended Original Answer to Plaintiff's 5th Amended Petition, 09-02-09

88. Def Highrise's 1st Amended Answer & Jury Demand in Response to 3rd Amended Plea in Intervention, 09-04-09

89. Def Highrise's 2nd Amended Answer & Jury Demand, 09-04-09

90. Def Highrise's 2nd Amended Answer & Jury Demand in Response to 3rd Amended Plea in Intervention, 09-15-09

91. Defendant Highrise's 3rd Amended Answer & Jury Demand, 09-15-09

92. Def G.T.'s 1st Amended Original Answer to Plaintiff's 5th Amended Petition, 10-02-09

93. Def G.T.'s 1st Amended Original Answer to Intervenor's 3rd Amended Plea in Intervention, 10-02-09

94. D GT Leach's 2nd Amended Original Answer to Plaintiffs' 5th Amended Petition, 10-06-09

95. Def Highrise's 3rd Amended Answer & Jury Demand in Response to 3rd Amended Plea in Intervention, 10-14-09

96. Def Highrise's 4th Amended Answer & Jury Demand, 10-14-09

97. 3rd Party Defendant's Original Answer, 10-16-09

98. 3rd Party Defendant's Special Appearance Challenging Personal Jurisdiction, 10-16-09

99. 4th Amended Plea in Intervention, 12-10-09

100. D Highrise's 4th Amended Answer and Jury Demand in Response to 4th Amended Plea in Intervention, 12-22-09

101. Def GT Leach's Original Answer to Intervenor's 4th Amended Plea in Intervention, 12-22-09

102. Def GT Leach's 1st Amended Answer to Intervenor's 4th Amended Plea in Intervention, 12-22-09

103. Motion to Dismiss with Prejudice, 01-05-10

104. Plaintiffs' & Intervenor's Motion to Dismiss with Prejudice Defendants Commercial and CMC Steel, 01-20-10

105. Fax from Randel Canche to 357th Court regarding passing hearing set for March 4, 2010, 02-16-10

106. GT Leach's Notice of NonSuit without Prejudice, 02-17-10

107. D Highrise's 2nd Amended Original 3rd Party Petition-unsigned, 04-14-10

108. D Highrise's 2nd Amended Original 3rd Party Petition-signed, 04-14-10

109. D Highrise's 2nd Amended Original 3rd Party Petition-signed (2nd copy), 04-14-10

110. Def Highrise's 3rd Amended Original 3rd Party Petition, 05-05-10

111. Highrise's Original Petition Against Ace & Donco & 4th Amended 3rd Party Petition Against Commercial Metals Co, 04-10-12 **Part 1**

112. Highrise's Original Petition Against Ace & Donco & 4th Amended 3rd Party Petition Against Commercial Metals Co, 04-10-12 **Part 2**

113. ACE American Ins. Co.'s Original Answer to Highrise Concrete's Original Petition, 06-01-12

114. Order Granting Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction, 08-27-07

115. Order Granting Substitution and Withdrawal of Counsel, 05-27-08

116. Order Granting Plaintiff's Agreed Motion for Continuance, 06-27-08

117. Unopposed Order Granting Defendant's Motion for Leave of Court to File Third Party Petition, 10-02-08

118. Order Denying Third Party Defendant JMP & Associates, L.L.C.'s Motion to Dismiss, 01-08-09

119. Order Denying Third Party Defendant Engineering Safety Consultants, Inc.'s Motion to Dismiss, 01-08-09

120. Order (Granting Motion to Withdraw as Attorney's of Record), 01-08-09

121. Order (Granting 3rd Party's Motion for Continuance & New DCC), 01-08-09

122. Order Granting G.T.'s Motion for Leave to File 3rd Party Petition against Mesa & Order Denying Plaintiff's Motion to Strike, 03-12-09

123. Order Appointing International Process Server, 04-06-09

124. Order Granting Defendant G.T.'s Motion to Join Def Highrise's Motion for Leave to Designate 3rd Party Defendants Commercial Co. & CMC Steel as Responsible, 04-16-09

125. Order Granting G.T.'s Motion to Join Defendant Highrise's Motion for Leave to Designate JMP & ESC as a Responsible 3rd Party, 04-16-09

126. Order Granting G.T.'s Motion to Join Defendant Highrise's Motion for Leave to Designate Valley Placers as a Responsible 3rd Party, 04-16-09

127. Agreed Order, 05-12-09

128. Order (Designating Defendant Commercial Metals Co. & CMC Steel Fabricators, Inc. dba CMC Valley Steel as Responsible 3rd Party), 05-20-09

129. Order (Granting Engineering Safety Consultant's Motion for Leave & Designating Valley Placers & Mesa Imalat as Responsible 3rd Party), 05-20-09

130. Order Granting Extension of Deadlines to Designate Experts, 08-10-09

131. Order Granting in Part & Denying in Part Plaintiff's Motion to Compel Defendant Highrise Concrete System, Inc., 09-16-09

132. Order Denying Plaintiff's Motion to Quash the Depositions of Non-Party Witnesses Dwayne Wilson & Felipe Cordova, 09-22-09

133. Order Granting Motion to Dismiss with Prejudice, 12-09-09

134. Order Granting Notice of Non-Suit Against Mesa Imalat Sanayii Ve Ticaret A.S. (filed by Plaintiffs), 12-09-09

135. Order Granting Notice of Non-Suit Against Mesa Imalat Sanayii Ve Ticaret A.S., 12-09-09

136. Order (Granting Engineering Safety Consultants, Inc. Dismissed with Prejudice), 12-09-09

137. Agreed Order Granting Dismissal with Prejudice of Defendants, Commercial Metals Co. & CMC Steel Fabricators dba CMC Valley Steel, 02-09-10

138. Order of Dismissal with Prejudice, 02-10-10

139. Order Granting Motion to Dismiss with Prejudice, 02-10-10

140. Order (any and all claims, causes of action & counterclaims against Engineering Safety Consultants are dismissed without Prejudice), 02-19-10

141. Order Denying Defendants G.T. & Highrise's Motion for Partial Summary Judgment Against Intervenor, 03-23-10

142. Order Denying Defendants CMC & Commercial Metals Motions for Summary Judgment on Indemnity & Contribution Claims of Highrise, 05-27-10

143. Order Denying Highrise Concrete's Motion for Leave of Court to File 3rd Party Action, 06-21-10

144. Order of the Court Defendants' Motion to Deem Admitted Highrise's Responses to Request for Admissions &, Otherwise, Motion to Compel Responses to Written Discovery, 04-05-12

145. Order Grant SJ in Favor of CMC Valley Steel & Comm. Metals Co., 06-06-12

146. Order Grant Ds CMC Valley Steel's & Commercial Metal Co.'s Amended Motion to Server Claims, 06-28-12

147. Case Summary-357th Docket

148. Civil Docket-Judges Entries

Respectfully submitted,

**PREIS & ROY**
(A Professional Law Corporation)

By:   \_/s/ Jennifer E. Michel_____
JENNIFER E. MICHEL
State Bar No. 24033898
Federal ID No. 18668
MARJORIE C. NICOL
State Bar No. 00784684
Federal ID No. 18400
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

**and**

**FRANK E. PÉREZ & ASSOCIATES, P.C.**

By:   \_/s/ Frank E. Pérez_____
FRANK E. PÉREZ
State Bar No. 15776540
Federal ID No. 1930
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone:    (956) 504-5403
Facsimile:    (956) 504-5991

**COUNSEL FOR DEFENDANT
ACE AMERICAN INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this the **6th day of July 2012**, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA EMAIL**
Ms. Jennifer E. Michel
Ms. Marjorie C. Nicol
Preis & Roy, PLC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046

**VIA CMRRR #
7011 2970 0001 9166 5179**
Mr. Mitchell Chaney
Ms. Alison Colvin
Colvin, Chaney, Saenz & Rodriguez, L.L.P
1201 East Van Buren
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. Craig H. Vittitoe
Adams & Graham, L.L.P.
134 E. Van Buren, Suite 301
P.O. Drawer 1429
Harlingen, Texas 78551

**VIA CMRRR #
7011 2970 0001 9166 5162**
Mr. Jeffrey Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520

            */s/ Frank E. Pérez*
            Frank E. Pérez & Associates, P.C