CAUSE NO. <u>2007-08-4213-E</u>

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA,<br>*Plaintiffs*<br>VS.<br><br>G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II,<br>*Defendants* | §§§§§§§§§§§§§ | IN THE DISTRICT COURT<br><br><br><br><br>357TH JUDICIAL DISTRICT<br><br><br><br><br>CAMERON COUNTY, TEXAS |

**PERSONAL SURETY BOND**

FILED 5:00 O'CLOCK P.M.
AURORA DE LA GARZA, DIST. CLERK
SEP 29 2007
DISTRICT CLERK OF CAMERON COUNTY, TEXAS
_____ DEPUTY

**STATE OF TEXAS**          §
                                                §
**COUNTY OF HIDALGO**    §

      Know all men by these presents, that we, the undersigned Ramon Garcia, as Principal, and Sonia I. Lopez and Petra Aguilar, as sureties, acknowledge ourselves bound to pay to G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II, the sum of One-Thousand Five Hundred and No/100 Dollars ($1,500.00) conditioned that Ramon Garcia will abide by the decision that may be made in the aforesaid cause, and that he will pay all sums of money and costs that may be adjudged against him if the temporary injunction issued on August 27, 2007, in the aforesaid cause, enjoining G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II shall be dissolved in whole or in part.

      EXECUTED this the 28th day of August, 2007.

_____
RAMON GARCIA, PRINCIPAL

_____
SONIA I. LOPEZ, SURETY

_____
PETRA AGUILAR, SURETY

      SIGNED AND APPROVED this 29th day of August, 2007.

_____
CLERK

ACS
SEP 05 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA,<br>*Plaintiffs*<br>vs.<br>G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II,<br>*Defendants* | § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br>357TH JUDICIAL DISTRICT<br><br>CAMERON COUNTY, TEXAS |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF TEXAS** | § § § |
| **COUNTY OF HIDALGO** | |

BEFORE ME, the undersigned authority, on this day personally appeared, **RAMON GARCIA**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

"My name is Ramon Garcia. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.

The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.

Further, Affiant sayeth not."

_____
**RAMON GARCIA**

Sworn to and subscribed before me by **RAMON GARCIA** on this the 28th day of August, 2007.



ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ACS
SEP 05 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA,<br>*Plaintiffs*<br>vs.<br><br>G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II,<br>*Defendants* | § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br>357TH JUDICIAL DISTRICT<br><br><br><br><br>CAMERON COUNTY, TEXAS |

FILED 5:00 O'CLOCK P.M.
AURORA DE LA GARZA DIST. CLERK
SEP 2 9 2007
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

AFFIDAVIT

**STATE OF TEXAS**            §
                              §
**COUNTY OF HIDALGO**         §

BEFORE ME, the undersigned authority, on this day personally appeared, **SONIA I. LOPEZ**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

> "My name is Sonia I. Lopez. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.
>
> The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.
>
> Further, Affiant sayeth not."

_____
SONIA I. LOPEZ

Sworn to and subscribed before me by **SONIA I. LOPEZ** on this the ____ day of August, 2007.



ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ACS
SEP 05 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA, *Plaintiffs* | § § § § § § | IN THE DISTRICT COURT |
| vs. | § § | 357TH JUDICIAL DISTRICT |
| G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II, *Defendants* | § § § § § | CAMERON COUNTY, TEXAS |

**AFFIDAVIT**

FILED 5:00 O'CLOCK P M
CAMERON COUNTY, TEXAS
SEP 29 2007
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

**STATE OF TEXAS**     §
                       §
**COUNTY OF HIDALGO**  §

BEFORE ME, the undersigned authority, on this day personally appeared, **PETRA AGUILAR**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

> "My name is Petra Aguilar. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.
>
> The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.
>
> Further, Affiant sayeth not."

PETRA AGUILAR

Sworn to and subscribed before me by **PETRA AGUILAR** on this the 28th day of August, 2007.

ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ACS
SEP 05 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA, *Plaintiffs* | § § § § § § | IN THE DISTRICT COURT |
| vs. | § § | 357TH JUDICIAL DISTRICT |
| G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II, *Defendants* | § § § § § § | CAMERON COUNTY, TEXAS |

FILED 9:00 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK
AUG 29 2007
DISTRICT COURT OF CAMERON COUNTY, TEXAS
Rosie Shelden Sotelo DEPUTY

## PERSONAL SURETY BOND

**STATE OF TEXAS** §
§
**COUNTY OF HIDALGO** §

Know all men by these presents, that we, the undersigned Ramon Garcia, as Principal, and Sonia I. Lopez and Petra Aguilar, as sureties, acknowledge ourselves bound to pay to G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II, the sum of One-Thousand Five Hundred and No/100 Dollars ($1,500.00) conditioned that Ramon Garcia will abide by the decision that may be made in the aforesaid cause, and that he will pay all sums of money and costs that may be adjudged against him if the temporary injunction issued on August 27, 2007, in the aforesaid cause, enjoining G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II shall be dissolved in whole or in part.

EXECUTED this the 28th day of August, 2007.

_____
RAMON GARCIA, PRINCIPAL

_____
SONIA I. LOPEZ, SURETY

_____
PETRA AGUILAR, SURETY

SIGNED AND APPROVED this 29th day of August, 2007.

_____
Rosie Shelden Sotelo
CLERK

ACS
AUG 30 2007
SCANNER

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA, *Plaintiffs* | § § § § § § | IN THE DISTRICT COURT |
| vs. | § § | 357TH JUDICIAL DISTRICT |
| G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II, *Defendants* | § § § § § § | CAMERON COUNTY, TEXAS |

FILED 9:00 O'CLOCK a.M.
AURORA DE LA GARZA DIST. CLERK
AUG 29 2007
DISTRICT COURT OF CAMERON COUNTY, TEXAS
Rosie Shelton Sotelo

**AFFIDAVIT**

**STATE OF TEXAS**          §
                            §
**COUNTY OF HIDALGO**       §

BEFORE ME, the undersigned authority, on this day personally appeared, **SONIA I. LOPEZ**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

"My name is Sonia I. Lopez. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.

The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.

Further, Affiant sayeth not."

_____
SONIA I. LOPEZ

Sworn to and subscribed before me by **SONIA I. LOPEZ** on this the _28th_ day of August, 2007.

ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

_Adelita B. Ozuna_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ACS
AUG 30 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA, *Plaintiffs* | § § § § § § | IN THE DISTRICT COURT |
| vs. | § § | 357TH JUDICIAL DISTRICT |
| G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II, *Defendants* | § § § § § | |

FILED 9:00 O'CLOCK a M
AURORA DE LA GARZA DIST. CLERK
CAMERON COUNTY, TEXAS
AUG 29 2007
DISTRICT COURT OF CAMERON COUNTY, TEXAS
Josie Sheldon Sotelo DEPUTY

**AFFIDAVIT**

**STATE OF TEXAS**  §
                    §
**COUNTY OF HIDALGO** §

BEFORE ME, the undersigned authority, on this day personally appeared, **RAMON GARCIA**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

"My name is Ramon Garcia. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.

The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.

Further, Affiant sayeth not."


**RAMON GARCIA**

Sworn to and subscribed before me by **RAMON GARCIA** on this the 28th day of August, 2007.

ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ACS
AUG 30 2007
SCANNED

CAUSE NO. 2007-08-4213-E

| | | |
|---|---|---|
| MARIA VICTORIA PAZ GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISMAEL GARZA, AND ROBERTO GARZA, <br> *Plaintiffs* <br><br> vs. <br><br> G.T. LEACH CONSTRUCTION, L.P., HIGHRISE CONCRETE SYSTEMS, INC., AND HIGHRISE CONCRETE SYSTEMS, INC., II, <br> *Defendants* | § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br> 357TH JUDICIAL DISTRICT <br><br><br><br> CAMERON COUNTY, TEXAS |

**AFFIDAVIT**

FILED 9:00 O'CLOCK A.M.
AURORA DE LA GARZA DIST. CLERK
AUG 2 9 2007
DISTRICT COURT OF CAMERON

| | |
|---|---|
| **STATE OF TEXAS** | § § § |
| **COUNTY OF HIDALGO** | |

BEFORE ME, the undersigned authority, on this day personally appeared, **PETRA AGUILAR**, who is known to me, and who, being first sworn on oath, deposed and stated as follows:

"My name is Petra Aguilar. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit and personally acquainted with facts stated herein.

The amount of my assets, reachable by creditors, over and above my liabilities, is $1,500.00; that the total of the worth of my assets is equal to at least double the amount of the bond.

Further, Affiant sayeth not."

_____
PETRA AGUILAR

Sworn to and subscribed before me by **PETRA AGUILAR** on this the 28th day of August, 2007.

ADELITA G OZUNA
Notary Public, State of Texas
My Commission Expires 7-17-2010

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

LAW OFFICE OF
# RAMON GARCIA
A PROFESSIONAL CORPORATION

222 W. UNIVERSITY DRIVE
EDINBURG, TEXAS 78539
rgarcia@ramongarcia-law.com

RAMON GARCIA

August 24, 2007

TELEPHONE: (956) 383-7441
FACSIMILE: (956) 381-0825

Ms. Aurora De la Garza
Cameron County District Clerk
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

VIA FACSIMILE: (956) 544-0841
REGULAR MAIL

Re:   Cause No. 2007-08-4213-E; *Maria Victoria Paz Garcia, Individually and on Behalf of The Estate of Ismael Garza, and Roberto Garza vs. G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II*; In the 357th District Court of Cameron County, Texas.

Dear Ms. De La Garza:

Enclosed is the Personal Surety Bond and Affidavits executed in reference to the Temporary Restraining Order issued by the Honorable Judge Alejandro in the above-referenced matter.

If you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Sincerely,

LAW OFFICE OF RAMON GARCIA, P.C.

Ramon Garcia

RG/ago
Enclosures

ACS
AUG 30 2007
SCANNED

# LAW OFFICE OF RAMON GARCIA, P.C.

222 W. University Drive
Edinburg, Tx 78539
(956) 383-7441 • Fax (956) 381-0825

## FACSIMILE COVER SHEET

To:     Ms. Aurora De la Garza
        Cameron County District Clerk
        Cameron County Courthouse
        974 E. Harrison Street
        Brownsville, Texas 78520

Re:     Cause No. 2007-08-4213-E; *Maria Victoria Paz Garcia, Individually and on Behalf of The Estate of Ismael Garza, and Roberto Garza vs. G.T. Leach Construction, L.P., Highrise Concrete Systems, Inc., and Highrise Concrete Systems, Inc., II*; In the 357th District Court of Cameron County, Texas.

Fax No.:  (956) 544-0841

From:     Ramon Garcia

Date:     August 28, 2007

| DOCUMENTS: | NUMBER OF PAGES: (including cover sheet) |
|---|---|
| 1. Personal Surety Bond and Affidavits | 6 |

If there are any problems with the receipt of this document, please contact:
*Adelita G. Ozuna* at **(956) 383-7441.**

*THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT OUR LETTERHEAD ADDRESS.*

*THANK YOU.*

ACS
AUG 30 2007
SCANNED